**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

GARY PARKER, ADC #82735                    *
                                           *
                    Petitioner,            *
v.                                         *
                                           *
STATE OF ARKANSAS; and                     *          No. 5:13CV00287-SWW-JJV
RAY HOBBS, Director,                       *
Arkansas Department of Correction          *
                                           *
                    Respondents.           *

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the Petitioner's objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which Mr. Parker has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS THEREFORE ORDERED that Mr. Parker's Petition for Writ of Habeas Corpus (Doc. No. 2 ) is DISMISSED with prejudice and a certificate of appealability is DENIED.

DATED this 27th day of May 2014.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE